No. 491. BOARD OF SUPERVISORS OF SUFFOLK COUNTY ET AL. *v.* BIANCHI ET AL. Appeal from D. C. E. D. N. Y. (Probable jurisdiction noted, *ante,* p. 966.) Motion to remove case from summary calendar denied. *Richard C. Cahn* for appellees Sammis et al. on the motion. *Stanley S. Corwin* for Board of Supervisors of Suffolk County, and *Pierre G. Lundberg* for Town of Southampton et al., appellants, in support of the motion.

No. 875, Misc. NEWSOME *v.* HOLMAN, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Bernard F. Sykes* and *Walter S. Turner,* Assistant Attorneys General, for respondents.

No. 914. UNITED STATES *v.* FIRST CITY NATIONAL BANK OF HOUSTON ET AL. Appeal from D. C. S. D. Tex. Application for stay presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted. Probable jurisdiction noted and case placed on summary calendar. Motion to advance filed by the Solicitor General, and joined in by the several appellees, granted. Case will be heard on the typewritten record with leave to the parties to print such portions of the record as they desire as appendices to their briefs. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Solicitor General Marshall* on the application for stay and motion to advance. *David T. Searls* for First City National Bank of Houston, *Leon M. Payne* for Southern National Bank of Houston, and *Joseph J. O'Malley* and *Eugene J. Metzger* for Acting Comptroller of the Currency Camp, in opposition to the motion for stay.